United States District Court
Southern District of Texas

**ENTERED**

December 03, 2024

Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF TEXAS

## HOUSTON DIVISION

| | | |
|---|---|---|
| Ashraf Moustafa, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. H-24-2210 |
| | § | |
| U.S. Citizenship and Immigration Services, | § | |
| et al., | § | |
| | § | |
| Defendants. | § | |

## O R D E R

On December 2, 2024, Plaintiffs, Ashraf Moustafa, Azza Attia, Mahmoud Abdelfatah and Nourhan Ablefattah, filed a Notice of Nonsuit (docket no. 7) stipulating to the voluntary dismissal of this action against all named Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Accordingly, this Court accepts the notice and this action is hereby **DISMISSED WITHOUT PREJUDICE**.

Each party will bear its own costs.

**SIGNED** at Houston, Texas, on this 3rd day of December, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE